IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EDWARD MANDELBAUM
and BARRY RELL,
    Plaintiffs,

vs.                                      Case No: 3:14cv461/RV/EMT

PATRICK DISANTO,
    Defendant.
                               /

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated May 5, 2017 (ECF No. 30). Plaintiffs' have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiffs' request to transfer venue, pursuant to 28 U.S.C. §§ 1391(b)(2) and 1404(a) (ECF No. 29), is **GRANTED**, and this case is **TRANSFERRED** to the United States District Court for the Middle District of Florida, Tampa Division, for all further proceedings.

**DONE AND ORDERED** this 8th day of June, 2017.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 3:14cv461/RV/EMT